IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| RICK W. HARMS,<br><br>    Plaintiff,<br><br>v.<br><br>CITY OF NORTH PLATTE,<br><br>    Defendant. | 8:17CV301<br><br>**ORDER TO SHOW CAUSE** |

  Pending before the Court is defendant City of North Platte's ("North Platte") Motion for Summary Judgment (Filing No. 27). Plaintiff Rick W. Harms ("Harms") has not filed a response to this motion and the deadline has passed by more than fifty days. The Court hereby orders Harms to show cause on or by March 5, 2019, as to why summary judgment should not be entered in North Platte's favor. Failure to respond may result in the dismissal of this case without further notice.

  IT IS SO ORDERED.

  Dated this 26th day of February 2019.

BY THE COURT:

Robert F. Rossiter, Jr.
United States District Judge